

# THE STATE OF TEXAS
## MANDATE

TO THE 276TH DISTRICT COURT OF MARION COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 21st day of April, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Rocky Lee Ellinger, Appellant

v.

The State of Texas, Appellee

No. 06-14-00205-CR

Trial Court No. F14503

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees incurred during the revocation proceeding from the judgment, leaving only the $300.00 in attorney fees that were assessed as part of appellant's original plea agreement. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Rocky Lee Ellinger, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 17th day of June, A.D. 2015.



DEBRA K. AUTREY, Clerk